UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CR118 JCH (TIA) |
| | ) | |
| FRED FINCHER, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

This matter is before the Court on Defendant's pre-trial Motion to Suppress Evidence and

Statements. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate

Judge Terry I. Adelman, who filed a Report and Recommendation on June 28, 2005. Defendant

Fincher submitted objections thereto on July 15, 2005.

The Magistrate Judge recommends that the Court deny Defendant's motion. Defendant

Fincher objects to the Report and Recommendation on the following grounds: (1) that the Magistrate

Judge incorrectly credited the credibility of St. Charles County Sheriff's Office Detective Chris

Mateja over that of the Defendant and his wife; (2) that the Magistrate Judge incorrectly concluded

that Defendant was not in custody at the time the alleged statements were made; and (3) that the

Magistrate Judge incorrectly concluded that the Defendant's consent to the search of his computer

was voluntary. After de novo review of this matter, this Court adopts the Magistrate Judge's

recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States

Magistrate Judge (Doc. No. 18) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS FURTHER ORDERED** that Defendant Fred Fincher's Motion to Suppress Evidence and Statements (Doc. No. 11) is **DENIED**.

Dated this <u>20th</u> day of July, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com